UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SILVERIO G. PEREZ,

    Plaintiff,

    v.

CAROLYN W. COLVIN,

    Defendant.

Case No.  15-cv-031012

**ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS**

    ( x )    IT IS ORDERED that the application to proceed in forma pauperis is GRANTED. Issuance of summons and service will be determined separately.

    ( x )    The complaint having been found to comply with Title 28 USC § 1915, IT IS FURTHER ORDERED that the Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

    (  )    IT IS ORDERED that the application to proceed in forma pauperis is DENIED, and that the filing fee of $400.00 be paid no later than.  Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice.  The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure.  Plaintiff has a continuing obligation to keep the Court informed of his or her current address.  Failure to do so may result in dismissal of this action.

    (  )    IT IS ORDERED that the application to proceed in forma pauperis is DENIED and the plaintiff is further ordered that:

1    ( )    Filing fee waived in part: partial payment of $ due on <<  Enter date >>, remaining
2 balance to be waived.

3    ( )    Partial payment of $ due on <<  Enter date >>, remaining balance due and payable
4 on <<  Enter date >>.

5    ( )    Partial payment of $ due on <<  Enter date >>, remaining balance due in
6 installments as follows: .

7         Failure to pay this amount will result in dismissal of the above-entitled action without
8 prejudice.  The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any
9 amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil
10 Procedure.  Plaintiff has a continuing obligation to keep the Court informed of his or her current
11 address.  Failure to do so may result in dismissal of this action.

13 Dated:   July 2, 2015.

_____
WILLIAM ALSUP
United States District Judge

17 (Not to be used in PRISONER OR HABEAS CORPUS cases)  NDC CSA-7 (rev.  4/22/2014)