United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SILVERIO G. PEREZ,

　　　　　Plaintiff,

　v.

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

　　　　　Defendant.

                    /

No. C 15-03012 WHA

**ORDER RE PLAINTIFF'S
MOTION TO DISMISS ANSWER**

Plaintiff, who is proceeding *pro se*, has filed a motion to dismiss the government's answer to his complaint in this Social Security appeal. A motion to dismiss an answer is procedurally improper, so plaintiff's motion is hereby **DENIED**. According to Civil Local Rule 16-5, plaintiff's next step is to file a motion for summary judgment. The scheduling order in this matter set the deadline for plaintiff's motion for summary judgment as **NOVEMBER 10, 2015** (Dkt. No. 3). Plaintiff should consult the resources available to *pro se* litigants on the Court's website at http://www.cand.uscourts.gov/proselitigants. Plaintiff may schedule an appointment with the Legal Help Center by calling (415) 782-8982 or emailing federalprobonoproject@sfbar.org.

**IT IS SO ORDERED.**

Dated:   October 25, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE