IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SILVERIO G. PEREZ,

    Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.
    /

No. C 15-03012 WHA

**ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT**

    Plaintiff, who is proceeding *pro se* in this social security appeal, has filed a letter seeking to extend the deadline to file a motion for summary judgment until he receives a response from the Legal Help Center, which he emailed seeking help with his motion on October 29. It is unclear whether plaintiff scheduled an appointment with the Legal Help Center or if he sought help directly over email. A prior order directed plaintiff to schedule an appointment and provided the address to the Legal Help Center website, which explains that litigants must schedule an appointment — no legal help will be provided over email.

    Plaintiff shall have until **NOVEMBER 24** to file his motion.

    **IT IS SO ORDERED.**

Dated: November 10, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE