IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVERIO G. PEREZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　　　／ | No. C 15-03012 WHA<br><br>**ORDER GRANTING IN PART<br>COMMISSIONER'S MOTION TO<br>EXTEND BRIEFING SCHEDULE** |

　　　　Defendant moves to extend the briefing schedule in this social security action by thirty days, namely, by extending the deadline for defendant's opposition and cross-motion for summary judgment from **DECEMBER 18, 2015**, to **JANUARY 18, 2016**.  Counsel for defendant cites her recent illness, a heavy workload, the unusual necessity to evaluate activities that occurred outside the United States, and the accumulation of leave time that expires if not used this calendar year as the basis for the proposed extension.  Although the cited reasons do not warrant the thirty-day extension proposed, this order hereby extends the deadline for defendant's opposition and cross-motion to **JANUARY 8, 2016**.  Plaintiffs' reply, if any, shall be due within **FOURTEEN DAYS** of service of defendant's opposition and cross-motion.

　　　　**IT IS SO ORDERED.**

Dated:  December 7, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE