IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVERIO G. PEREZ,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>  Defendant.<br>                                                            / | No. C 15-03012 WHA<br><br>**ORDER DENYING MOTION<br>FOR RECONSIDERATION** |

Plaintiff moves for reconsideration of the order granting summary judgment for the Commissioner. Plaintiff's motion raises no basis for reconsideration of the order but rather restates the same arguments that have already been rejected. His motion is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated: October 11, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE