IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVERIO G. PEREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant.<br>_____ / | No. C 15-03012 WHA<br><br><br>**ORDER DENYING SECOND MOTION FOR RECONSIDERATION** |

Following denial of his first motion for reconsideration (Dkt. No. 27), plaintiff moves again for reconsideration of this Court's order granting summary judgment for the Commissioner (Dkt. No. 28). Plaintiff's new motion, like his last one, raises no basis for reconsideration but repeats previously rejected arguments. The motion is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated: November 17, 2016.

                                                                      WILLIAM ALSUP<br>
                                                                      UNITED STATES DISTRICT JUDGE