IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SILVERIO G. PEREZ,

    Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

             /

No. C 15-03012 WHA

**ORDER DENYING THIRD MOTION FOR RECONSIDERATION**

      Plaintiff Silverio Perez moves for the third time for reconsideration of this Court's order granting summary judgment for the Commissioner (Dkt. No. 32). Like his previous motions for reconsideration (Dkt. Nos. 26, 28), plaintiff's instant motion restates previously rejected arguments without identifying any legal basis for challenging the order. The motion is therefore **DENIED**. Plaintiff is correct that he "has the right to submit . . . this case to the Court of Appeals" — if he can still timely do so.

      **IT IS SO ORDERED.**

Dated: December 12, 2016.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE